PEOPLE v RUSSELL EDWARDS, No. 137842. The defendant has failed to

meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285942.